UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY, SR., | No. 2:16-cv-0139 KJN P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| JOE LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed January 27, 2016, plaintiff was ordered to file, within thirty days, a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis affidavit and trust account statement.

Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days, why this action should not be dismissed without prejudice. Fed. R. Civ. P. 41(b).

Dated: March 10, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gool0139.fifp

1