UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY, SR., | No. 2:16-cv-0139 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed January 27, 2016, plaintiff was ordered to file, within thirty days, a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. Thirty days expired, and on March 10, 2016, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed based on his failure to comply with the court's order. Plaintiff has not shown cause, responded to the court's order, or filed a completed in forma pauperis affidavit and trust account statement.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(b).

Dated: April 6, 2016

/gool0139.fsc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1